UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

AMAURY URENA,
                            Plaintiff,                    25-cv-513 (JGK)

           - against -                                    ORDER OF SERVICE

CITY OF NEW YORK; CAPTAIN CAESAR;
CORRECTION OFFICER JOHN DOE,[1]
                            Defendants.

———————————————————————————

JOHN G. KOELTL, District Judge:

     Plaintiff, who is in pretrial detention in the George R.

Vierno Center on Rikers Island brings this action pro se under

42 U.S.C. § 1983. He alleges that between 3:00 p.m. and 11:00

p.m. on January 18, 2024, in the "Intake Search Area" of the

Otis B. Bantam Center, he was subjected to excessive force. By

order dated February 7, 2025, the Court granted the plaintiff's

request to proceed in forma pauperis ("IFP"), that is, without

prepayment of fees.[2]

                            DISCUSSION

A. The City of New York and Captain Caeser

     The Clerk of Court is directed to notify the New York City

Department of Correction and the New York City Law Department of

_____

[1] While two John Doe defendants are mentioned in the
caption, the complaint describes only one John Doe defendant.
[2] Prisoners are not exempt from paying the full filing fee
even when they have been granted permission to proceed IFP. See
28 U.S.C. § 1915(b)(1)

this order. The Court requests that the City of New York and
Captain Caesar waive service of summons.

## B. John Doe Correction Officer

Under Valentin v. Dinkins, a pro se litigant is entitled to
assistance from the district court in identifying a defendant.
121 F.3d 72, 76 (2d Cir. 1997). In the complaint, the plaintiff
supplies sufficient information to permit the New York City Law
Department to identify the John Doe correction officer and
Supervisory Captain Caesar who were involved in the events
allegedly occurring on January 18, 2024. It is therefore ordered
that the New York City Law Department, which is the attorney for
and agent of the New York City Correction Department, must
ascertain the identity of each defendant whom the plaintiff
seeks to sue here and the address where the defendant may be
served.[3] The New York City Law Department must provide this
information to the plaintiff and the Court within sixty days of
the date of this order.

---

[3] If the Doe defendant is a current or former DOC employee
or official, the New York City Law Department should note in the
response to this order than an electronic request for waiver of
service can be made under the e-service agreement for cases
involving DOC defendants, rather than by personal service at a
DOC facility. If the Doe defendant is not a current or former
DOC employee or official, but otherwise works or worked at a DOC
facility, the New York City Law Department must provide a
residential address where the individual may be served.

Within thirty days of receiving this information, the plaintiff must file an amended complaint naming the John Doe defendant and Supervisory Captain Caesar. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that the plaintiff should complete is attached to this order. Once the plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the defendants to waive service.

**C. Local Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, the defendants must serve responses to these standard discovery requests. In their responses, the defendants must quote each request verbatim.[4]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law

---

[4] If the plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, the plaintiff may request them from the Pro Se Intake Unit.

Department of this order. The Court requests that the defendants
City of New York and Captain Caesar waive service of summons.

    The Clerk of Court is further directed to mail a copy of
this order and the complaint to the New York City Law Department
at: 100 Church Street, New York, N.Y. 10007.

    The Clerk of Court is also directed to mail a copy of this
order to the plaintiff, together with an information package.

    An "Amended Complaint" form is attached to this order.

    Local Rule 33.2 applies to this case.

**SO ORDERED.**
**Dated:**    **New York, New York**
          **February 11, 2025**

                                  **John G. Koeltl**
                  **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

_____

_____

_____                Jury Trial:  ☐ Yes      ☐ No

_____                      (check one)

_____

_____        ___ Civ. _____ (    )

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

I.     **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
       confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
       as necessary.

Plaintiff's     Name_____

                ID#_____

                Current Institution_____

                Address_____

                _____

B.     List all defendants' names, positions, places of employment, and the address where each defendant
       may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
       above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name _____ Shield #_____

                    Where Currently Employed _____

                    Address _____

                    _____

*Rev. 01/2010*                                   1

Defendant No. 2    Name _____ Shield #_____

                             Where Currently Employed _____

                             Address _____

                             _____

Defendant No. 3    Name _____ Shield #_____

                             Where Currently Employed _____

                             Address _____

                             _____

**Who did what?**

Defendant No. 4    Name _____ Shield #_____

                             Where Currently Employed _____

                             Address _____

                             _____

Defendant No. 5    Name _____ Shield #_____

                             Where Currently Employed _____

                             Address _____

                             _____

**II.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur?

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_____

_____

_____

D.    Facts:_____

**What happened to you?**

_____

_____

_____

*Rev. 01/2010*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Was anyone else involved? |
| --- |

_____
_____
_____
_____
_____
_____

| Who else saw what happened? |
| --- |

### III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know _____

If YES, which claim(s)?

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve?

_____
_____

2.    What was the result, if any?

_____
_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____

_____
_____
_____

2.     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*

_____
_____
_____
_____

**VI.**    **Previous lawsuits:**

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____   No _____
If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

On other claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____     No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.       Is the case still pending?  Yes _____  No _____
           If NO, give the approximate date of disposition_____

7.       What was the result of the case? (For example:  Was the case dismissed?  Was there
           judgment in your favor?  Was the case appealed?) _____
           _____
           _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                 Signature of Plaintiff    _____

                 Inmate Number         _____

                 Institution Address    _____

                                          _____

                                          _____

                                          _____


<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
         their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                 Signature of Plaintiff:    _____