UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAURY URENA,

          Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

          Defendants.

---

25-cv-513 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **Tuesday, May 6, 2025, at 2:30 p.m.** is adjourned to **Thursday, May 29, 2025, at 2:30 p.m.** Counsel for the defendant City of New York shall arrange with the facility to make the plaintiff available for the conference.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
            May 5, 2025

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge