UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                Plaintiff,      25-cv-513 (JGK)

   - against -              ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by **July 29, 2025.** The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:**   New York, New York
          July 15, 2025

                                          John G. Koeltl
                                  United States District Judge