

THE CITY OF NEW YORK

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

July 24, 2025

**VIA ECF**
Honorable John G. Koetl
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Amaury Urena v. City of New York, et al.*
            25 Civ. 00513 (JGK)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York and Captain Cesar in this matter. Defendants write to respectfully request for the Rule 26(f) report due July 29, 2025 to be adjourned *sin dine*. This is the first request. Defendants have not had the opportunity to contact *pro se* Plaintiff to ascertain his position on the instant request as, upon information and belief, he is currently incarcerated.

    On May 29, 2025, Defendants were ordered to move or answer by July 15, 2025. ECF No. 24. On July 14, 2025, the City filed its answer. The next day, Your Honor ordered the parties to submit a Rule 26(f) Report by July 29, 2025. Later that day though, which was the deadline for Defendants to respond to the Complaint, Defendants filed an amended answer and thereafter moved for judgment on the pleadings. ECF Nos. 24, 28, 29, 30, 31, 22. In light of Defendants pending motion, Defendants respectfully request that the deadline for the parties to file the Rule 26(f) Report on July 29, 2025 be adjourned *sin dine*.

    Accordingly, Defendants respectfully request the deadline to file the Rule 26(f) Report on July 29, 2025 be adjourned *sin dine*.

---

*Handwritten annotation:* Time to file the Rule 26(f) report is adjourned until after a decision on the motion for judgment on the pleadings. So ordered. John G. Koeltl, U.S.D.J. 7/25/25

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*Thomas Lai s/*

Thomas Lai
Senior Counsel
Special Federal Litigation Division

cc: Amaury Urena (**via First Class Mail**)
NYSID: 06036513J
B&C: 2412302807
New York City Department of Correction
George R. Vierno Center
(R.E.S.H.)
19-19 Hazen Street
East Elmhurst, New York 11370