UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                Plaintiff,          25-cv-513 (JGK)

    - against -               ORDER

THE CITY OF NEW YORK, ET AL.
                Defendants.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an opposition to the defendants' motions for judgment on the pleading is extended to **September 15, 2025.** The time for defendants to reply is **September 29, 2025.**

    If the plaintiff fails to file a response to the motion, the motion will be decided on the papers already submitted.

    SO ORDERED.

Dated:    New York, New York
           September 1, 2025

                                          John G. Koeltl
                                  United States District Judge