```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AMAURY URENA,

                Plaintiff,         25-cv-513 (JGK)

     - against -               ORDER

THE CITY OF NEW YORK, ET AL.,
                Defendants.

**JOHN G. KOELTL, District Judge:**

On September 2, 2025, the Court granted the plaintiff an extension until September 15, 2025, to file an opposition to the defendants' motion for judgment on the pleadings, ECF No. 38. To date, no opposition has been filed.

The time for the plaintiff to file an opposition to the defendants' motion is extended to **October 9, 2025**. The time for defendants to reply is extended to **October 23, 2025**. If the plaintiff fails to file an opposition, the motion will be decided on the papers already submitted.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           September 25, 2025

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                           **United States District Judge**