```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------

AMAURY URENA,

                Plaintiff,        25-cv-513 (JGK)

    - against -                ORDER

THE CITY OF NEW YORK, ET AL.,
                Defendants.

--------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiff to file an opposition to the defendants' motion is extended twice, to October 9, 2025. To date, no opposition has been filed. The defendants' motion will be decided on the papers already submitted.

    The defendants are directed to submit a courtesy copy of their motion.

SO ORDERED.
Dated:    New York, New York
           October 10, 2025

                                          _____
                                              John G. Koeltl
                                         **United States District Judge**