**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
AMAURY URENA,

                Plaintiff,                25 **CIVIL** 0513 (JGK)

    -against-                **JUDGMENT**

THE CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated November 11, 2025, the defendants' motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is granted. Judgment is entered dismissing this case with prejudice.

**Dated:** New York, New York

    November 12, 2025

                                  **TAMMI M. HELLWIG**
                                    **Clerk of Court**

                **BY:** _/s/ Nesjuan Dulel_
                                    **Deputy Clerk**